IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HOWARD W. KEY,
    Plaintiff,

vs.                                    CASE NO.:  3:05cv122/RV/MD

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.
_____

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 7, 2005.  The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The defendant's motion to remand (doc. 8) is GRANTED.

    3.    This case is remanded to the Commissioner of Social Security pursuant to sentence six of § 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) for further proceedings.

      4.       The defendant is ordered to direct the Appeals Council to remand this case because the administrative record is incomplete.  No evidence was entered into the record from sections A, B, or D of the modular disability file.  Such evidence is present in the file, but the ALJ did not admit this material into the record by means of identifying such evidence either by describing these items on an exhibit list or by numbering such items as exhibits considered in the hearing decision.

      5.       The clerk is directed to enter judgment for plaintiff and close the file.

**DONE AND ORDERED this 6th day of July, 2005.**


                                                /s/ *Roger Vinson*
                                              **ROGER VINSON**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**